IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

VANESSA BARTOO,

    Plaintiff,

v.                              No. 17-cv-00257-KG-GJF

VINCENT MARES, Executive Director,
New Mexico Racing Commission;
DAVID KEITER, Steward,
New Mexico Racing Commission;

    Defendants.

ORDER STAYING DEADLINES

THIS MATTER having come before the court upon the parties stipulated Motion for Stay of Deadlines, and the court being fully advised of the premises;

IT IS THEREFORE ordered that all deadlines are stayed until resolution of the Motion to Dismiss (Doc. 5) and the Motion to Consolidate in *Milner v. Mares et al.,* Cause No. 1:17-cv-00254-SCY-LF (Doc.7). Plaintiff will notify the Court following the resolution of these motions.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Western Agriculture, Resource
and Business Advocates, LLP

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
Dori E. Richards, Esq.
1005 Marquette Ave. NW
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
dorierichards@gmail.com

Approved by:

Montgomery and Andrews, P.A.

*via email 3-28-2017 by Randi Johnson*
Walter J. Melendres
Randi N. Johnson
PO Box 2307
Santa Fe, NM 87504-2307
(505) 986-2683
wmelendres@montand.com
rjohnson@montand.com